STATE OF CONNECTICUT *v.* MARC YOUDIN

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 85 (AC 13262), is denied.

*Alice M. Gray,* in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided July 17, 1995

MICHAEL WALKER *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Walker's petition for certification for appeal from the Appellate Court, 38 Conn. App. 99 (AC 13499), is denied.

BERDON, J., dissenting. I would grant certification.

*Paula Mangini Montonye,* assistant public defender, in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided July 17, 1995

STATE OF CONNECTICUT *v.* RICK MANINI

The state of Connecticut's petition for certification for appeal from the Appellate Court, 38 Conn. App. 100 (AC 12171), is denied.

*Marjorie Allen Dauster,* assistant state's attorney, in support of the petition.

*Sheila A. Huddleston,* special public defender, in opposition.

Decided July 17, 1995